FRANK RICH, Respondent, v. CITY INSURANCE COMPANY OF PENNSYLVANIA and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MARGARET LUERSSEN, Respondent, v. HOTEL PARK-CENTRAL, INC., Appellant.— Order so far as appealed from modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

HELEN KOVACS, as Administratrix, etc., of AURELIA KOVACS, Deceased, Respondent, v. SAMUEL BLUMBERG, Defendant, Impleaded with "MORRIS" CARNOT, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ANNA DITTO, Respondent, v. MARVIN W. DITTO, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

STANLEY M. HELLER and Others, Respondents, v. JOSEPH E. FRANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ANNA HELFGOTT v. JOSEPH HELFGOTT.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MACK GARCIA against JOSEPH A. WARREN, etc.— Motion granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

HIHAG, INC., v. VAN RENSSELAER ESTATES, INC., Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

HEATING AND PLUMBING FINANCE CORPORATION v. NICHOLAS AFONSKY and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JACOB W. LOEB v. WILLIAM FOX.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

EVELYN BUILDING CORPORATION v. THE CITY OF NEW YORK and LA ROCCA CONSTRUCTION CORPORATION.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of HARLEY REALTY CORPORATION against WILLIAM E. WALSH and Others. In the Matter of the Application of CHARLES BRADY, as Superintendent of Buildings, etc., and Others, against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK and Others.— Motion denied, with ten dollars costs to petitioner, Harley Realty Corporation. Present — Finch, P. J., Merrell, O'Malley and Sherman, JJ.